UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RIM HALLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-2429-G |
| ALLSTATE VEHICLE AND PROPERTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The defendant's agreed motion to abate litigation pending completion of appraisal (docket entry 14) is **GRANTED**.  In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**.  The case may be reopened, without prejudice, upon the motion of either party.  The right to reopen shall continue until 30 days after the appraisal award is issued.

**SO ORDERED**.

November 3, 2017.

A. JOE FISH
**Senior United States District Judge**